The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| GORDON SOLOMON GIBSON, | NO. CV15-5737BHS |
|---|---|
| Petitioner, | |
| v. | **ORDER EXTENDING DEADLINE TO FILE RESPONSE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

THIS MATTER is before the Court on the motion of the United States for an extension of the deadline to file its response to Gordon Solomon Gibson's Section 2255 motion.

Having reviewed the Declaration, court records, and files, this Court directs the response by the United States shall be filed on or before _February 22_, 2016; and

Any Reply by Petitioner shall be filed on or before _March 4_, 2016.

DATED this _18_ day of February, 2016.

_____
BENJAMIN S. SETTLE
United States District Judge

Presented by:
*s/Helen J. Brunner*
HELEN J. BRUNNER
First Assistant United States Attorney

**ORDER EXTENDING DEADLINE TO FILE RESPONSE**
No. CV15-5737BHS
*Gibson v. United States*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970